IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL A. HALL, individually and on behalf of all other people similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CAUSE NO. 07-CV-184-WDS ) |
| TRIAD FINANCIAL SERVICES, INC., | ) ) |
| Defendant. | ) |

**O R D E R**

**STIEHL, District Judge:**

The undersigned judge hereby **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: April 12, 2007.**

s/ WILLIAM D. STIEHL
DISTRICT JUDGE

Case reassigned to United States District Judge Michael J. Reagan. All future pleadings shall bear Case No. 07-184-MJR.